CMG
7/26/10

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
| v. | ) |
| Jonathan M. Waltman | ) Case No. 1:10 MJ 9045 |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 25, 2010__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2423(b)&(e) | Attempted Travel With Intent To Engage In Illicit Sexual Conduct - A person who travels in interstate commerce or travels into the United States, or a United States citizen who travels in foreign commerce, for the purpose of engaging in any illicit sexual conduct with another person. |

FILED 2010 JUL 26 AM 11:10 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gabriel Hagan, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/26/10

_____
*Judge's signature*

City and state: Cleveland, Ohio

William H. Baughman, Jr., U.S. Magistrate Judge
*Printed name and title*