FILED
2010 JUL 26 AM 11: 10
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10 MJ 9045 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JONATHAN M. WALTMAN ) | MOTION TO BE FILED UNDER SEAL |
| Defendant. ) | |

Now comes the United States of America, by and through counsel, Steven Dettelbach, United States Attorney, and Carol M. Skutnik, Assistant United States Attorney, and respectfully moves the Court for an Order sealing the affidavit sworn by Senior Special Agent Gabriel Hagan, of the Department of Homeland Security, Immigration and Customs Enforcement, filed in support of the criminal complaint issued in the instant case, for the following reasons.

1. The government has been engaged in an on-going investigation in the Northern District of Ohio focused upon potential violations of Title 18, United States Code, Sections 2423, which investigation could be compromised by the revelation of the contents of the affidavit herein submitted.

- 2 -

2. Additionally, the contents of the affidavit are so particular that their disclosure, to the public, could compromise future investigations.

In support of this motion, the United States refers the Court to the following cases: <u>United States v. Agosto</u>, 600 F.2d 1256 (9th Cir. 1979); <u>Shea v. Gabriel</u>, 520 F.2d 879 (1st Cir. 1975).

Respectfully submitted,

STEVEN DETTELBACH
United States Attorney

By: *Carol M. Skutnik*

Carol M. Skutnik (0059704)
Assistant U.S. Attorney
Suite 400, U.S. Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113
Tel. No. (216) 622-3785
Fax No. (216) 522-8354
e-mail: carol.skutnik@usdoj.gov