Revised 05/10

# MINUTES OF CRIMINAL PROCEEDINGS
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

JONATHAN M. WALTMAN

Date: July 26, 2010
Case No. 1:10 MJ 9045
Judge: MJ William H. Baughman, Jr.
Court Reporter: Judith Gage
Pts/Prob Officer: Sarah Pfeiler
Interpreter: _____
Date of Arrest: July 25, 2010

U.S. Attorney: Carol M. Skutnik

Attorney for Defendant(s): Jacqueline A. Johnson

CJA Apt: _____
Fed. Defender: X
Retained: _____

**ARRAIGNMENT:**
Defendant arraigned, plea of ____ GUILTY ____ NOT GUILTY ____ NOLO CONTENDERE entered as to count(s) _____ _____ of the ___ Indictment ___ Information.

**CHANGE OF PLEA:**
Defendant Plea of NOT GUILTY withdrawn, plea of ____ GUILTY ____ NOLO CONTENDERE entered as to count(s) _____ _____ of the ___ Indictment ___ Information.

_____ Plea agreement executed.
_____ The Court adopts the R&R of the Magistrate Judge and finds there is a factual basis for the acceptance of the guilty plea.
_____ Bond $_____ ____ set ____ continued ____ detention ____ remanded to the custody of U.S. Marshal.
_____ Motion of government for detention pending trial. Detention Hearing set for:_____.
_____ Defendant referred to the Probation Office for Pre-sentence Investigation.
_____ Jury Trial scheduled for:_____
_____ Pretrial Conference scheduled for:_____
_____ Sentencing scheduled for:_____

**SENTENCE:**
Defendant committed to the custody of the Bureau of Prisons for a period of _____ months on count(s)_____ of the ___ Indictment ____Information to run _____ concurrent ____consecutively.

Period of _____ years of supervised release with standard/special conditions as ordered (see reverse side of form).

Fined the sum of $_____    ____Fine Waived
Restitution in the amount of $_____ Payable to: _____. ___ Not Ordered.

I.S.S., Probation ordered for a period of _____ months _____years on count(s)_____
_____Indictment _____Information with standard/special conditions as ordered (see reverse side of form).

The defendant is to pay a special assessment of $_____ on counts_____. Total $_____.

Upon motion of U.S. Attorney, counts(s)_____ of the Indictment/Information are hereby dismissed.

The execution of the sentence of imprisonment is deferred and the bond continued until _____, at which time the defendant shall surrender to the United States Marshal for this district, or the designated institution.

____ Bond is revoked and the defendant is remanded to the custody of the U.S. Marshal.

# STANDARD AND SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

___ The defendant shall not commit another federal, state or local crime, shall not illegally possess a controlled substance, shall comply with the standard conditions that have been adopted by this court, and shall comply with any additional conditions.

___ The defendant shall refrain from unlawful use of a controlled substance and submit to one drug test within 15 days of the commencement of supervision and to at least two periodic drug tests thereafter, as determined by the pretrial services and probation officer.

___ The defendant shall participate in an approved program of outpatient, inpatient or detoxification substance abuse treatment, which will include drug and alcohol testing to determine if the defendant has reverted to substance abuse.

___ The defendant shall not possess a firearm, destructive device or any dangerous weapon.

___ The defendant shall provide the probation office access to any requested financial information.

___ The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

___ Financial Windfall Condition.

___ Gambling Condition.

___ The defendant shall enter an adult program and work toward a Certificate of General Educational Development (GED).

___ Special Employment. The defendant shall comply with the Offender Employment Policy which may include participation in training, counseling, and/or daily job search as directed by the pretrial services and probation officer.

___ The defendant shall participate in the Location Monitoring Program for a period of _____ months, to commence no later than 30 calendar days from sentencing.

___ Search and Seizure. The defendant shall submit his/her person, residence, place of business, computer, or vehicle to a warrantless search, conducted and controlled by the U.S. Probation Officer.

___ Sex Offender Registration and Notification Act (Adam Walsh Act)

___ Mental Health Treatment. The defendant shall participate in an outpatient mental health treatment program.

___ Cognitive Behavioral Program.

___ Community Service. The defendant shall perform ____ hours of community service as directed by the probation officer.

___ Gang. The defendant shall not associate with any members of a gang or threat group as directed by the probation officer.

___ Deportation. The defendant shall surrender to the Bureau of Immigration and Customs Enforcement, U.S. Department of Homeland Security for deportation, and shall not illegally re-enter or remain in the United States.

___ DNA Collection.

___ Denial of Federal Benefits.

___ Sex Offender.

___ Computer/Internet. Total Prohibition on Access to a Computer Internet.

___ Computer/Internet Restricted.

___ Computer/Internet Access Permitted. The defendant shall abide by all rules of the Computer Restriction and Monitoring Program.

___ Computer Search Only.

___ Computer Employment Restriction.

___ Recommendation to the Bureau of Prisons: _____.

___ The defendant is granted credit for time already served in relation to this matter.

___ The defendant advised of his/her appeal rights.

**COMMENTS:** Initial appearance. Federal public defender Jacqueline Johnson appointed as counsel for defendant. Government requests detention. Detention/preliminary hearing set for Monday, August 2, 2010 at 11:30 a.m. before Magistrate Judge William H. Baughman, Jr., in courtroom 10A. Defendant remanded to the custody of the US Marshal.

Total Time: 10 minutes

s/ Donna M. Hach
Courtroom Deputy Clerk