

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) ) | Case No. 1:10CR345 |
| v. | ) ) | Judge JUDGE WELLS |
| JONATHAN WALTMAN, | ) ) | Title 18, Sections 2423(a)&(e) and 2423(b)&(e), United States Code |
| Defendant. | ) | |

## COUNT 1

The Grand Jury charges:

From on or about June 15, 2010 through July 25, 2010, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, JONATHAN WALTMAN, did knowingly attempt and conspire to transport an individual who had not attained the age of 18 years, that is an 8 year-old girl, in foreign commerce, from Canada to the State of Michigan, with the intent that such 8 year-old girl engage in prostitution and sexual activity for which JONATHAN WALTMAN could be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a) & (e).

-2-

## COUNT 2

The Grand Jury further charges:

From on or about June 15, 2010 through July 25, 2010, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, JONATHAN WALTMAN, did knowingly attempt to travel in interstate commerce, from the State of Ohio to the State of Michigan, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, that is, an eight year-old girl.

All in violation of Title 18, United States Code, Section 2423(b) & (e).

A TRUE BILL.

Original Document - - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.