IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10 CR 345 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE LESLEY WELLS |
| -v- | ) | |
| | ) | UNITED STATES OF AMERICA'S |
| JONATHAN WALTMAN, | ) | MOTION TO PERMIT DISCLOSURE |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes the United States of America, by its counsel, Steven M. Dettelbach, United States Attorney, and Michael A. Sullivan, Assistant U.S. Attorney, and respectfully moves the Court for permission to disclose, to Defendant, the affidavit supporting the search warrant issued under Case No. 1:10 MJ 9048.

The above-referenced search warrant was issued in furtherance of the investigation leading to the indictment in this case. As part of discovery, Defendant has requested a copy of the search warrant and supporting documents. Pursuant to an order of Magistrate Judge Baughman, the affidavit was sealed. The affidavit contains specific information which could compromise current investigations, and therefore, the government requests that the affidavit remain sealed, but requests permission to disclose a copy to Defendant for purposes of discovery.

2

        Respectfully submitted,

        STEVEN M. DETTELBACH
        United States Attorney

By:   /s/ Michael A. Sullivan
        Michael A. Sullivan (0064338)
        Assistant U.S. Attorney
        Suite 400, U.S. Courthouse
        801 West Superior Avenue
        Cleveland, Ohio 44113
        Tel. No. (216) 622-3977
        Fax No. (216) 522-2403
        e-mail: michael.a.sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on April 27, 2011, a copy of the United States of America's Motion to permit disclosure was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        /s/Michael A. Sullivan
        Assistant U.S. Attorney