IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
UNITED STATES OF AMERICA : CASE NO. 1: 010 CR 0345
:
Plaintiff, :
: ORDER GRANTING DEFENDANT'S
-vs- : MOTION TO CONTINUE
:
:
JONATHAN WALTMAN, :
:
Defendant. :
------------------------------------------------------ :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

On 18 August 2010, the government filed a criminal Indictment against defendant Jonathan Waltman charging him with attempted transportation with intent to engage in illicit sexual conduct, in violation of 18 U.S.C. 2423 (a), (b) & (e). (Doc. 15). The final pre-trial and trial in this matter are set, respectively, for 3 May 2011 at 11:30 a.m., and 9 May 2011 at 9:00 a.m. (Doc. 23).

Now before the Court is the defendant's motion to continue the final pretrial and trial, pursuant to 18 U.S.C. 3161. (Doc. 24). Defense counsel requests additional time as necessary to review recently received discovery and continue negotiations with the government on behalf of her client. The government has indicated it does not oppose the motion.

The Court concludes that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. Failure to

grant a continuance would deny defense counsel in this case the time necessary to reasonably represent the best interests of her client and to review the necessary evidence and the law to ensure her adequate preparation for either the pretrial proceedings or the trial itself. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Therefore, the final pretrial conference and trial of this matter shall be continued. The dates for the trial, the final pretrial conference, and all related deadlines will be set forth in a separate order.

  IT IS SO ORDERED.

              /s/Lesley Wells
              UNITED STATES DISTRICT JUDGE

Date: 28 April 2011